# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155763

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

BARBARA MIRA JOHNSON,
       Defendant-Appellee.
_____/

SC: 155763
COA: 337206
Oakland CC: 2011-236622-FH

     On order of the Court, the application for leave to appeal the April 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



d0614t

Clerk